# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 15, 2021

## NO. 03-20-00080-CR

**Dusty Lynn Thompson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.